# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CHARLES T. SHANNON

**APPEARANCE**

Primax Recoveries
v.
Shannon

FILED
Oct 17  3 28 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CASE NUMBER: 3-01-cv-509(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: (pro se)

Beck & Beck, Stratford, CT 06614
83 Broad St.

Shannon, Charles T.

Date: 9/29/03

Signature: [signed]

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
~~Connecticut Federal Bar~~ Social Security Number

CHARLES T. SHANNON
Print Clearly or Type Name

Telephone Number: 860-895-1584

19 SHAWNEE RD
Address

EAST HARTFORD, CT 06118

Fax Number

CHUCKESTIR @ COMCAST
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

GREGORY W. ZELIFF
NOTARY PUBLIC
MY COMMISSION EXPIRES SEP. 30, 2007
Adress: 375 Hartford Ave
Wethersfield, CT 06109

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24