FILED
2003 NOV 17 P 4: 30
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF CONNECTICUT

---------------------------
PRIMEX RECOVERIES, INC.,   :     CASE NO.   301 CV509 (MRK)
       Plaintiff   :
                   :
V.                   :
                   :
CHARLES SHANNON,           :
       Defendant    :     NOVEMBER 17, 2003
---------------------------

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel initially represented Mr. Shannon solely in connection with negotiating and entering into a stipulation which was previously approved by the Court. As the result intended by the stipulation has not been manifested, the Defendant moved to set aside that stipulated judgment to amend its complaint and proceed against Mr. Shannon as well as an additional defendant. Although the undersigned counsel had not been retained for this matter, permission to withdraw appearance was file but not pursued at that time. Now, Mr. Shannon has advised that he wishes to

CASE NO. 301 CV 509

proceed pro se in this matter. He cannot afford to pay any counsel fees and does not wish for the undersigned to spend any more time on this matter. In addition, although Mr. Shannon has indicated that at some future point in time he may be off Social Security disability and would pay the balance of fees owing, he has been advised that this would not be necessary should the Court grant this motion.

PLAINTIFF

By_____
PAUL S. LEVIN (CT 04849)
His Attorney
Law Offices of Paul S. Levin
100 Pearl Street, 14th Floor
Hartford, CT  06103
(860) 249-7226

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Charles Shannon
   19 Shawnee Road
   East Hartford, CT 06118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                                   ☐ Agent
                                                   ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
   [illegible]                             1/13/0[?]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2030 0002 2594 2965

PS Form 3811, August 2001    Domestic Return Receipt