UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRIMEX RECOVERIES, INC., | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV509(MRK) |
| | : | |
| v. | : | |
| | : | |
| CHARLES SHANNON, | : | |
| | : | |
| Defendant. | : | |

### ORDER REGARDING ATTORNEY'S MOTION FOR
### LEAVE TO WITHDRAW APPEARANCE

The motion of Attorney Paul S. Levin for leave to withdraw his appearance as counsel for Charles Shannon [Doc. #22], dated November 14, 2003, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
          U.S.D.J.

Dated at New Haven, Connecticut: December 8, 2003.