UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRIMEX RECOVERIES, INC., | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV509(MRK) |
| | : | |
| v. | : | |
| | : | |
| CHARLES SHANNON, | : | |
| | : | |
| Defendant. | : | |

## ORDER RE: STATUS REPORT

The parties shall file a written joint status report setting forth the information requested below no later than twenty-one days from the date of this order. If the parties disagree as to the information to be provided, they are to set forth their respective positions following the request.

    **A.** **Nature of the Case**

        1. Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.

        2. List any pending motions.

        3. Will this matter be tried to a jury or to the court? If it will be tried partially to each, explain.

    **B.** **Discovery**

        1. Is discovery completed? If not, how much additional time is requested? Will there be a request for a modification of the Scheduling Order? What will be the request?

    **C.** **Dispositive Motions**

        1. Describe any dispositive motions that are anticipated.

D. **Settlement**

    1. When was the last settlement conference and who conducted it?

    2. Do the parties believe a settlement conference would be beneficial at this time?

E. **Trial Preparation**

    1. When will the case be ready for trial?

    2. What additional preparation, other than that previously discussed, is required?

    3. Are there additional pleadings to be filed? If so, state their nature.

    4. Has a joint trial memorandum been filed? If not, when is it due?

    5. Are the parties willing to have the case tried by a Magistrate Judge?

IT IS SO ORDERED.

/s/   Mark R. Kravitz
       U.S.D.J.

Dated at New Haven, Connecticut: December 9, 2003.