3/9/04

U.S. District Court,

I, Charles Shannon would like to file a motion for extention of time. Reason being

FILED
MAR 9  2 46 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

I would like to prepare a Motion for Appointment of counsel for Case # 301CV509 (MRK)

Primax Recoveries Inc
vs.
Charles Shannon
defendant

Time requested  one (1) month

Thank You  CHARLES SHANNON

Charles Sh——

CERTIFICATION

Case#301CV509 - I hereby certify that the foregoing Motion for ~~Extention~~ ~~of case~~, Mailed on March 9, 2004 to: Ch—— Sh——

Kenneth A. Beck, Esq.
BECK + BECK, LLC.
83 Booth St
Stratford, CT 06614

Lawrence Cappucio, Esq.
Attorney for Andrea Hotel
PO Box 763
Westerly, RI 02891