IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PRIMAX RECOVERIES INCORPORATED, )
  )
  Plaintiff, )
  )
  )
  v. ) CASE # 301CV509 (MRK)
CHARLES SHANNON )
  )
  Defendant. ) March 2, 2004

## Motion For Default For Failure to Plead

The plaintiff, Primax Recoveries, inc., by and through its counsel hereby moves that a default be entered against defendant Charles Shannon for his failure to Answer the Amended Complaint herein.

This action was commenced in March, 2001. Defendant Charles Shannon was duly served with a copy of the Summons and Complaint herein. Attorney Paul Levin filed an Appearance on behalf of defendant Charles Shannon. The parties stipulated to settle the matter, and judgment was entered thereon.

On October 28, 2002, Plaintiff moved to vacate the stipulated Judgment, and add a new party defendant, Andrea Hotel. The Motion was granted and defendant Andrea Hotel was duly served and filed an Answer by counsel.

The parties entered into a rule 26 F Scheduling Order, which was filed with the court on or about July 15, 2003. There have been no discovery demands exchanged by any party to date.

Pursuant to Order dated February 18, 2004, this action will be dismissed if no further activity occurs. In accordance with said Order, Plaintiff's counsel reviewed the

file and it appears that Defendant Shannon never Answered the Complaint and it is therefore in default.

A default should enter against defendant Shannon for his failure to Answer the Complaint. The matter should proceed to trial as to defendant Andrea Hotel.

THE PLAINTIFF,
PRIMAX RECOVERIES, INC.,

BY _____
Kenneth A. Beck, Esq.
BECK & BECK, LLC
83 Booth Street
Stratford, CT 06614
(203) 375-2222
Juris No. 419115

## CERTIFICATION

I hereby certify that the foregoing Motion for Default for Failure to Plead was mailed, postage pre-paid, on March 3, 2004 to:

Charles Shannon
262 Middletown Ave
Wethersfield, CT

Lawrence Cappucio, Esq.
Attorney for Andrea Hotel
P.O. Box 763
Westerly, RI 02891

Kenneth A. Beck