UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 15 11:18 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Primax Recoveres Inc
Name of Plaintiff/Petitioner

v.   Case No. #301CV509 (MRK)

Charles Shannon
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Charles T. Shannon
   Your present mailing address: 19 Shawnee Rd.

   Telephone number: (860) 895-1584

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. ~~$1200~~ Wiremold Co, 60 Woodlawn St, West Hartford, Ct. / Earnings $580.00 p/week

(Rev. 1/2/03)
Date last worked: 10/30/01

Weekly earnings: $580.00

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? Social Security $17,460
   b) interest, dividends, rents or investments of any kind? Family residence sale $23,000
   c) gifts or inheritances of any kind? ____

6. How much money do you have in any checking or savings account(s)?

   Checking: $25.00

   Savings: —

   Prison account: —

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ✓ NO ___

   If YES, describe the property and state the approximate value: Trailer/Mobile home Value $16,000  Car - Value $2,000

8. How much money do you owe others? Capital One $8,000+ bills $300 Taxes $550 -house/trailer $200-Car

   For each debt, state the name of the creditor and the amount owed:
   
   | CREDITOR | AMOUNT OWED |
   |---|---|
   | Capital One/VISA | $8,000+ |
   | Medical bills (Hart Hosp) | approx $300-$500+ |

9. List the persons who depend upon you for support, and state your relationship to them. My Son Charles M. Shannon (13) yrs.

2

_____

_____

_____

_____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ~~☐~~  NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. *Social Security disability, partial disability therefore not enough funds*

_____

_____

_____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. *defendant of a complaint primax inc vs. self*

(Additional space on next page)

_____

_____

3

## Efforts to Obtain an Attorney

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO ___

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name **Paul Levin**
   Date you contacted this attorney **about 5/01**
   Method of contact (in person, by telephone, etc.) **phone**

   Reason why attorney was not employed to handle your case **not enough funds**

b) Attorney's name **Edward Murphy**
   Date you contacted this attorney **6/00**
   Method of contact (in person, by telephone, etc.) **In person**

   Reason why attorney was not employed to handle your case **lack of funds**

c) Attorney's name **Bill Sweeney**
   Date you contacted this attorney **7/99**

4

Method of contact (in person, by telephone, etc.) _In person_

Reason why attorney was not employed to handle your case _he requested more funds, I could not afford_

15. Explain any other efforts you have made to obtain an attorney to handle your case.
_Phone Calls Inquiries_

16. Please provide any other information which supports your application for the court to appoint counsel. _____

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO _✓_

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this

5

information to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

3/9/04
Date

*[signature]*
Original Signature of Movant

CHARLES T. SHANNON
19 SHAWNEE RD
East Hartford, CT 06118
Printed Name and Address of Movant

(Rev. 1/2/03)

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing

all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Kenneth A Beck Esq.
Beck + Beck, LLC
83 Booth St
Stratford, CT
06614

Lawrence Cappucio, Esq
Attorney for Andrae Hotel
PO Box 763
Westerly, RI
02891

_____
Original Signature of Movant

(Rev. 1/2/03)

7