UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRIMEX RECOVERIES, INC., | : |
| | : |
| Plaintiff, | :   NO. 3:01CV509(MRK) |
| | : |
| v. | : |
| | : |
| CHARLES SHANNON, | : |
| | : |
| Defendant. | : |

## **ORDER**

Defendant's Motion For Appointment Of Counsel [doc. #29], dated March 9, 2004, is GRANTED for purposes of representation at a settlement conference only.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         U.S.D.J.

Dated at New Haven, Connecticut: April 20, 2004.