# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| PRIMEX RECOVERIES, INC., | : | |
| | : | |
| Plaintiff, | : | NO. 3:01CV509(MRK) |
| | : | |
| v. | : | |
| | : | |
| CHARLES SHANNON, | : | |
| | : | |
| Defendant. | : | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____   To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____   A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**   A settlement conference (orefmisc./cnf.)

____   A conference to discuss the following: (orefmisc./cnf.)

____   Other: (orefmisc./misc)


SO ORDERED this __20th__ day of __April__, __2004__ at New Haven, Connecticut.


               /s/           _____Mark R. Kravitz_____
                    UNITED STATES DISTRICT COURT JUDGE