**BECK & BECK, LLC**
**Attorneys at Law**
83 Booth Street
Stratford, Connecticut 06614
(203) 375-2222
FAX (203) 378-5263
www.ctbecklaw.com

FILED
Apr 21   10 19 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CO

Dana K. Beck, Esq.
Kenneth A. Beck, Esq.*
*Also Admitted in New York

67 Wall Street, Suite 2211
New York, NY  10005-3198
(212) 323-8195

April 6, 2004

The Honorable Mark R. Kravitz
U.S. District Court
141 Church Street
New Haven, CT  06510

    RE:  PRIMAX RECOVERIES, INC. V. SHANNON AND ANDREA HOTEL, INC.
         CASE #3:01CV509(MRK)

Dear Judge Kravitz:

    In accordance with Order dated March 31, 2003, The Plaintiff provides the following as and for its Status Report;

    A.  Nature of the Case

        Defendant Shannon was in motor vehicle accident and sustained injuries. Shannon was a passenger. Steven Marian was the driver.

        Plaintiff paid for defendant Shannon's Medical care in the amount of $156,560.00, and claims a lien for it.

        Defendant Andrea Hotel served defendant Shannon liquor while intoxicated. The Andrea Hotel is liable to Plaintiff under Equitable Subrogation

        Defendant Andrea Hotel, asserts that the Plaintiff's claim is in fact one of indemnification, seeking to impose the contractual liabilities existing between Defendant Shannon and the Plaintiff on the Defendant Andrea Hotel.

    B.  Discovery

        No discovery has taken place to date. The Plaintiff wishes to take the Deposition of Defendant Charles Shannon and Steve Marian. Plaintiff may also wish to depose the bartender of the Andrea Hotel on duty that day.

The Honorable Mark R. Kravitz  April 6, 2004
U.S. District Court  Page 2

    C. <u>Dispositive Motions</u>

        Plaintiff does not anticipate making any Dispositive Motions. The Defendant Andrea Hotel has indicated a desire to make a Motion to Dismiss.

    D. <u>Settlement</u>

        There has been no settlement conference to date, however, Plaintiff and the Andrea Hotel indicate a willingness to discuss settlement. Plaintiff believes this would be productive at this time.

    E. <u>Trial Preparation</u>

        1. The Plaintiff believes the schedule set forth in the Rule 26F Report should remain unchanged.

        2. None

        3. None

        4. No

        5. The Plaintiff is willing to try the case before a Magistrate Judge.

    The court should be aware that Defendant Charles Shannon is now representing himself, ProSe.

    There have been no changes since my letter to this court of December 30, 2003, except for Defendant's Motion for Appointment of Counsel.

    Respectfully submitted.

Very truly yours,

Kenneth A. Beck

KAB:jan

cc: Lawrence Cappuccio, Esq.
    Charles Shannon