UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 JUL -8 P 12: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

PRIMAX RECOVERIES, INC.

v.  CIVIL NO: 3:01CV509 (MRK)

CHARLES SHANNON, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, Joel T. Faxon, Esquire, Stratton Faxon, 59 Elm Street, New Haven, CT 06510, Tel: (203) 624-9500 is appointed as pro bono counsel for the defendant, Charles Shannon, for the limited purpose of representing the plaintiff at the scheduled settlement conference with Magistrate Judge William I. Garfinkel. Counsel is directed to contact the above-named defendant as soon as possible and file a pro bono appearance form.

Dated at Bridgeport, Connecticut this 7th day of July, 2004.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney