# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PRO BONO APPEARANCE**

Primax Recoveries, Inc.

      V

Charles Shannon

FILED

JUL 20 | 33 PM 2004

CASE NUMBER: 3:01CV609(MRK)

U.S. DISTRICT COURT
NEW HAVEN, CONN

To the Clerk of this court and all parties of record:

    Enter my appearance as Pro Bono Counsel in this case for:  The Defendant

---

**7/15/04**
Date

**CT 16255**
Connecticut Federal Bar Number

**(203) 624-9500**
Telephone Number

_(signature)_
Signature

**Joel T. Faxon**
Print or Type Name

**Stratton Faxon**
Firm Name

**59 Elm Street**
Address

**New Haven**     **CT**     **06510**
City          State     Zip Code

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Kenneth A. Beck
Beck & Beck, LLC
83 Booth Street
Stratford, CT  06614

Lawrence J. Cappuccio
Cappuccio & Cappuccio
18 Granite St.
PO Box 763
Westerly, RI  02891

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)