UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


PRIMAX RECOVERIES INC.,            :
                                            :
            Plaintiff,          :
                                              :
v.                             :            Civil No. 3:01cv509
                                            :
CHARLES SHANNON,              :
                                            :
            Defendant.      :


**ORDER**

      The Court having appointed Defendant Charles Shannon counsel in the above-captioned

matter for settlement purposes only [doc. # 35], and counsel having so appeared on behalf of Mr.

Shannon [doc. # 37] before Magistrate Judge William I. Garfinkel on July 27, 2004 [doc. #39],

the Court hereby DENIES Plaintiff Primax Recoveries Inc.'s Motion for Default for Failure to

Plead [doc. #27].  The parties shall comply with the deadlines set forth in the Electronic

Scheduling Order [doc. # 38] issued on July 27, 2004.



                                  IT IS SO ORDERED.



                          /s/        Mark R. Kravitz
                                 United States District Judge


Dated at New Haven, Connecticut: August 12, 2004.