FILED

Oct 4  3 00 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRIMAX RECOVERIES, INC.<br>Plaintiff | : <br> : | CIVIL ACTION NO.<br>3:01CV509(MRK) |
| V. | : | |
| CHARLES SHANNON AND ANDREA HOTEL, INC.<br>Defendants | : | |

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action, *As to Charles Shannon only*, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated at New Haven, Connecticut, this 31 day of ~~September~~ August, 2004.

_____
Joel Thomas Faxon, Esq. ct16255
Attorney for Defendant, Charles Shannon

Dated at Stratford, Connecticut, this 2 day of September, 2004.

_____
~~Kenneth A. Beck~~
Attorney for Plaintiff, Primax Recoveries

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this date to:

Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510

_____
Kenneth A. Beck