United States District Court
District of Connecticut
FILED AT NEW HAVEN

11-1-2004

Kevin F. ......, Clerk

By Michelle Sheaney
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PRIMAX RECOVERIES, INC.
        plaintiff
VS.

CASE No. 3:01CV509 (MRK)

CHARLES SHANNON and
ANDREA HOTEL, INC
        defendants.

October 2004

## MOTION FOR SUMMARY JUDGEMENT

The defendant, Andrea Hotel, Inc., by and through its counsel hereby demands that a Judgment for the defendant denying and dismissing the plaintiffs complaint with prejudice be entered summarily as said action was not brought within the period of time provided and was filed after the statute of limitations for such action had expired and is forever barred.

THE DEFENDANT
ANDREA HOTEL, INC.

BY _____
Lawrence J. Cappuccio, CT #16306
Cappuccio & Cappuccio
P.O. Box 763
Westerly R.I. 02891
(401) 596-4072

Local Address:
FUSCO GIULIANO
39 Russ Street
Hartford Conn. 06106