United States District Court
District of Connecticut
FILED AT NEW HAVEN

11-1 2004
Kevin ...
By: Michelle Shannon
Deputy Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRIMZX RECOVERIES, INC.<br>Plaintiff | CIVIL ACTION NO.<br>3:01CV509(MRK) |
| VS. | |
| CHARLES SHANNON<br>& ANDREA HOTEL, INC.<br>Defendants | August 26, 2004 |

### STATEMENT OF MATERIAL FACTS

On May 28, 1999, a Charles Shannon was seriously injured in an automobile accident occurring in Connecticut. The within Plaintiff, Primzx, who provided Mr. Shannon with health insurance through his employer, alleges that prior to the accident Mr. Shannon as well as the operator of the vehicle he was driving with had been drinking alcoholic beverages at the Andrea Hotel located in Misquamicut, Rhode Island.

Plaintiff is seeking reimbursement from the Andrea Hotel for the expenses he allegedly paid due to the accident. The Plaintiff originally commence suit against Charles Shannon on or about March 30, 2001. Mr. Shannon has made a claim against the operator of the vehicle he was riding in and has received $100,000.00 from said drivers liability insurer in exchange for a full and final release of the claim. This court entered a judgment in favor of the Plaintiff and against Charles Shannon on June 18, 2001. In which Charles Shannon was to pay Plaintiff the sum of $180,000.00 out of the proceeds of a Rhode Island Action against the Andrea Hotel. On October 28, 2002, Plaintiff filled a motion seeking to have the June 18, 2001 judgment vacated/set aside and to file an amended complaint adding the Andrea Hotel Inc. as a Defendant. Pray this motion to set aside/vacated was granted and on February 4, 2003 an amended complaint in which the Andrea Hotel was a named Defendant was filed with service of Process completed on or about March 4, 2003. Included within the Andrea Hotel's Answer, the affirmative defense of Statute of Limitations was included. Upon information and belief in September of 2004 the Plaintiff voluntarily withdrew, and or dismissed the action against

its insured Charles Shannon with prejudice and is now proceeding only on the tort action for personal injuries against the Andrea Hotel Inc.

                                      The Defendant, The Andrea Hotel
                                      By Their Attorney

                                      Lawrence J. Cappuccio   CT 16306
                                      P.O. Box 763
                                      Westerly, RI 02891
                                      Phone (401) 596-4072
                                      FAX   (401) 596-5306