IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRIMAX RECOVERIES INCORPORATED ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE # 301CV509 |
| CHARLES SHANNON ) | |
| ) | |
| Defendant. ) | November 2, 2004 |

## MOTION TO DISCONTINUE ACTION

The plaintiff, Primax Recoveries, inc., by and through its counsel, wishes to voluntarily dismiss this action at this time without costs to either party.

*FILED 2004 NOV -P 1:30 U.S. DISTRICT COURT NEW HAVEN, CT*

THE PLAINTIFF,
PRIMAX RECOVERIES, INC.,

BY _____
Kenneth A. Beck, Esq.
BECK & BECK, LLC
83 Booth Street
Stratford, CT 06614
(203) 375-2222
Juris No. 419115

Fee for #ct O 8701

## CERTIFICATION

I hereby certify that the foregoing was mailed, postage pre-paid, on November 2, 2004 to:

Charles Shannon
262 Middletown Ave
Wethersfield, CT

Lawrence Cappuccio, Esq.
Attorney for Andrea Hotel
P.O. Box 763
Westerly, RI 02891