UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRIMAX RECOVERIES INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:01CV509(MRK) |
| | : |
| CHARLES SHANNON, | : |
| | : |
| Defendant. | : |

## RULING AND ORDER

The Court hereby GRANTS Plaintiff's Motion to Discontinue Action [**doc. # 45**]. The action is dismissed and each party shall bear its own costs. **The Clerk is directed to close the file.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: November 15, 2004.